IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| RICKY O. MOON,<br><br>        *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        *Defendant.* | CIVIL NO. 6:08CV40016<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. In his Report and Recommendation, filed on February 20, 2009, Judge Urbanski recommends that the Commissioner's final decision be affirmed and that Defendant's motion for summary judgment be granted. Upon my review of the record, and no objection to the Report and Recommendation having been filed within ten days of its service upon the parties, the Report and Recommendation (docket no. 16) is hereby ADOPTED in its entirety, Defendant's Motion for Summary Judgment (docket no. 10) is hereby GRANTED, Plaintiff's Motion for Summary Judgment (docket no. 9) is hereby DENIED, and the Commissioner's final decision is hereby AFFIRMED. Accordingly, this case will be stricken from the active docket of the Court.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Urbanski.

  Entered this \_\_\_\_\_ day of March, 2009.

                NORMAN K. MOON
                UNITED STATES DISTRICT JUDGE